UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW J. TURNER, Regional Director of the Tenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br>v.<br><br>FOXY LOXY PRINT GALLERY & CAFE, LLC, FOXY BAKERY, LLC D/B/A HENNY PENNY ART SPACE & CAFE, AND FOX & FIG, LLC AS A SINGLE EMPLOYER,<br><br>    Respondents. | Case No.: 4:24-CV-00281-RSB-CLR |

## NOTICE OF RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO DISMISS AND MOTION FOR EXTENSION OF TIME

Respondents oppose Petitioner's Motion to Dismiss (Doc. #32) and Petitioner's Motion for Extension of Time (Doc. #33) and will file a more comprehensive memoranda opposing both before the usual fourteen days allowed under the Local Rules.

Respectfully submitted, this 3rd of day February, 2025.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

| | |
|---|---|
| 200 East Saint Julian Street<br>Post Office Box 9848<br>Savannah, Georgia 31412-0048<br>Telephone: 912.236.0261<br>Facsimile: 912.236.4936<br>wherring@huntermaclean.com<br>bsopp@huntermaclean.com | */s/Wade W. Herring, II*<br>Wade W. Herring, II<br>Georgia Bar No. 349343<br>Brian E. Sopp<br>Georgia Bar No. 902519<br>*Attorneys for Respondents* |

# CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be electronically filed the foregoing **NOTICE OF RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO DISMISS AND MOTION FOR EXTENSION OF TIME** via the CM/ECF e-filing system which will automatically serve all counsel who have made an appearance.

Bradford Collins Patrick
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
bradford.patrick@usdoj.gov

Kurt Brandner
National Labor Relations Board, Region 10
401 W. Peachtree St., NW, Suite 2201
Atlanta, GA 30308
kurt.brandner@nlrb.gov

Grace L. Pezzella
National Labor Relations Board
1015 Half St SE, Floor 4
Washington, DC 20003
grace.pezzella@nlrb.gov

Paul A. Thomas IV
National Labor Relations Board
1015 Half St SE, Floor 4
Washington, DC 20003
paul.thomas@nlrb.gov

Phillip Henry Melton
National Labor Relations Board
1015 Half St., SE, Floor 4
Washington, DC 20003
phillip.melton@nlrb.gov

This 3rd day of February 2025.

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/Wade W. Herring, II*
Wade W. Herring, II
Georgia Bar No. 349343
Brian E. Sopp
Georgia Bar No. 902519

*Attorneys for Respondents*

200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31401
Telephone: 912.236.0261
Facsimile: 912.236.4936
wherring@huntermaclean.com
bsopp@huntermaclean.com