UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW J. TURNER, Regional Director of the Tenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> v. <br><br> FOXY LOXY PRINT GALLERY & CAFE, LLC, FOXY BAKERY, LLC D/B/A HENNY PENNY ART SPACE & CAFE, AND FOX & FIG, LLC AS A SINGLE EMPLOYER, <br><br> Respondents. | Case No.: 4:24-CV-00281-RSB-CLR |

**RESPONDENTS' NOTICE OF INTENT TO FILE A REPLY TO PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION FOR PRELIMINARY INJUNCTION**

NOW COME the Respondents, and pursuant to S.D. Ga. Local Rule 7.6 file this Notice of Intent to File a Reply to "Petitioner's Response in Opposition to Respondents' Motion for Preliminary Injunction." (Doc. 37).

Respectfully submitted, this 21st of day February, 2025.

                                              **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

                                              */s/Brian E. Sopp*

| | |
|---|---|
| 200 East Saint Julian Street<br>Post Office Box 9848<br>Savannah, GA 31412-0048<br>Telephone: 912.236.0261<br>Facsimile: 912.236.4936<br>wherring@huntermaclean.com<br>bsopp@huntermaclean.com | Wade W. Herring, II<br>Georgia Bar No. 349343<br>Brian E. Sopp<br>Georgia Bar No. 902519<br>*Attorneys for Respondents* |

4902-0256-1566 v1

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be electronically filed the foregoing **RESPONDENTS' NOTICE OF INTENT TO FILE A REPLY TO PETITIONER'S RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION FOR PRELIMINARY INJUNCTION** via the CM/ECF e-filing system which will automatically serve all counsel who have made an appearance.

| | |
|---|---|
| Bradford Collins Patrick<br>U.S. Attorney's Office - Savannah<br>P.O. Box 8970<br>Savannah, GA 31412<br>bradford.patrick@usdoj.gov | Kurt Brandner<br>National Labor Relations Board, Region 10<br>401 W. Peachtree St., NW, Suite 2201<br>Atlanta, GA 30308<br>kurt.brandner@nlrb.gov |
| Grace L. Pezzella<br>National Labor Relations Board<br>1015 Half St SE, Floor 4<br>Washington, DC 20003<br>grace.pezzella@nlrb.gov | Paul A. Thomas IV<br>National Labor Relations Board<br>1015 Half St SE, Floor 4<br>Washington, DC 20003<br>paul.thomas@nlrb.gov |
| Phillip Henry Melton<br>National Labor Relations Board<br>1015 Half St., SE, Floor 4<br>Washington, DC 20003<br>phillip.melton@nlrb.gov | |

This 21st day of February 2025.

                                         **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

| | |
|---|---|
| | */s/Brian E. Sopp* |
| 200 East Saint Julian Street<br>Post Office Box 9848<br>Savannah, GA 31412-0048<br>Telephone: 912.236.0261<br>Facsimile: 912.236.4936<br>bsopp@huntermaclean.com | Brian E. Sopp<br>Georgia Bar No. 902519<br>*Attorneys for Respondents* |

4902-0256-1566 v1