**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| MATTHEW J. TURNER, Regional Director of the Tenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>    Petitioner,<br><br>v.<br><br>FOXY LOXY PRINT GALLERY & CAFE, LLC, FOXY BAKERY, LLC D/B/A HENNY PENNY ART SPACE & CAFE, AND FOX & FIG, LLC AS A SINGLE EMPLOYER,<br><br>    Respondents. | Case No.: 4:24-CV-00281-RSB-CLR |

## RESPONDENTS' REQUEST FOR HEARING AND ENTRY OF JUDGMENT

The Respondents file their Request for Hearing and Entry of Judgment.

1. The Petitioner filed its Complaint on December 19, 2024. (Doc. # 1).

2. Respondents filed their Answer and Counterclaim on January 23, 2025. (Doc. # 23).

3. Petitioner's response to the Counterclaim was due on March 24, 2025. Fed.R.Civ.P. 12(a)(2). Petitioner never answered the Counterclaim, although it has defended the claim against it. (Doc. # 37).

4. A hearing was originally scheduled for February 12, 2025. (Doc. # 20). That hearing was continued. (Doc. # 35).

5. Respondents request a hearing and the entry of judgment against the Petitioner. Fed.R.Civ.P. 55(d).

Respectfully submitted, this 14th day April, 2025.

            **HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

            */s/Wade W. Herring, II*
            Wade W. Herring, II
            Georgia Bar No. 349343
            Brian E. Sopp
            Georgia Bar No. 902519
            *Attorneys for Respondents*

200 East Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: 912.236.0261
Facsimile: 912.236.4936
wherring@huntermaclean.com
bsopp@huntermaclean.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be electronically filed the foregoing **REQUEST FOR HEARING AND ENTRY OF JUDGMENT** via the CM/ECF e-filing system which will automatically serve all counsel who have made an appearance:

Bradford Collins Patrick
U.S. Attorney's Office - Savannah
P.O. Box 8970
Savannah, GA 31412
bradford.patrick@usdoj.gov

Kurt Brandner
National Labor Relations Board, Region 10
401 W. Peachtree St., NW, Suite 2201
Atlanta, GA 30308
kurt.brandner@nlrb.gov

Grace L. Pezzella
National Labor Relations Board
1015 Half St SE, Floor 4
Washington, DC 20003
grace.pezzella@nlrb.gov

Paul A. Thomas IV
National Labor Relations Board
1015 Half St SE, Floor 4
Washington, DC 20003
paul.thomas@nlrb.gov

Phillip Henry Melton
National Labor Relations Board
1015 Half St., SE, Floor 4
Washington, DC 20003
phillip.melton@nlrb.gov

This 14th day of April 2025.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

200 East Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
Telephone: 912.236.0261
Facsimile: 912.236.4936
wherring@huntermaclean.com
bsopp@huntermaclean.com

*/s/Wade W. Herring, II*
Wade W. Herring, II
Georgia Bar No. 349343
Brian E. Sopp
Georgia Bar No. 902519
*Attorneys for Respondents*