IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MATTHEW J. TURNER, Regional Director of the Tenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,

    Petitioner,

  v.

FOXY LOXY PRINT GALLERY & CAFÉ, LLC, et al.,

    Respondents.

CIVIL ACTION NO.: 4:24-cv-281

**O R D E R**

Presently before the Court is a Joint Request for Stay of this case.  (Doc. 59.)  The parties state their shared belief that "the ultimate resolution of [the] Wilcox v. Trump, 775 F. Supp. 3d 215 (D.D.C. 2025), stayed, 145 S. Ct. 1415 (2025), case may be largely dispositive of the current action" and, as a result, they "agree that this case should be stayed, *nunc pro tunc*, as of August 13, 2025, until Wilcox has concluded."  (Id.)

The Court agrees with the parties and therefore **GRANTS** the Joint Request for Stay.  (Id.)  Accordingly, the Court **DIRECTS** the Clerk of Court to enter a **STAY** of this case, *nunc pro tunc*, as of August 13, 2025.  The Court further **ORDERS** the parties to file a joint notice in this case

within **TEN (10) DAYS** of any resolution—or any material change in the status—of the <u>Wilcox</u> case.

      **SO ORDERED**, this 2nd day of September, 2025.

                              R. STAN BAKER, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF GEORGIA