UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW J. TURNER, Regional Director of the Tenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner/Counterclaim Defendant, <br><br> v. <br><br> FOXY LOXY PRINT GALLERY & CAFÉ, LLC, FOXY BAKERY, LLC D/B/A HENNY PENNY ARTS SPACE & CAFÉ, AND FOX & FIG, LLC AS A SINGLE EMPLOYER, <br><br> Respondents/Counterclaim Plaintiffs. | Case No.: 4:24-CV-00281-RSB-CLR |

## JOINT NOTICE

The National Labor Relations Board (NLRB) and Foxy Loxy respectfully submit this Joint Notice to inform this Court of the Court of Appeals for the District of Columbia Circuit's decision in *Harris v. Bessent*, No. 25-5037, --- F.4th ---, 2025 WL 3496737 (Dec. 5, 2025), which was heard and resolved together with the appeal from *Wilcox v. Trump*, 775 F. Supp. 3d 215 (D.D.C. 2025). This decision explains why the NLRB and the Merit Systems Protections Board ("MSPB") "fall[] well outside the *Humphrey's Executor* exception," *id.* at *5, and accordingly holds that "Congress cannot restrict the President's ability to remove NLRB or MSPB members," *id.* at * 1. As such, in resolving the removal challenges brought by former MSPB member Cathy Harris and former NLRB member Gwynne Wilcox, the decision concludes that "the appropriate resolution here is to disregard the statutory removal restrictions for NLRB and MSPB members." *Id.* at *13. Harris has filed a petition for rehearing *en banc*, and the D.C. Circuit called for the government to respond by January 2, 2026.

This Court directed the parties to inform it "of any resolution—or any material change in the status—of the *Wilcox* case." ECF Doc. 60 at 2. While the case remains pending before the D.C.

Circuit, with a petition for rehearing *en banc* having already been filed by Harris, this panel decision is a material change in its status.[1]

Nevertheless, the parties jointly request that the stay imposed by this Court, ECF Doc. 60 at 1, remain in place until litigation in *Wilcox* has fully concluded. Besides the possibility of an *en banc* rehearing by the D.C. Circuit, the Supreme Court's forthcoming decision in *Trump v. Slaughter*, No. 25-332 (U.S. argued Dec. 8, 2025), may affect the issues before this Court. Indeed, a question presented in *Slaughter* is "whether *Humphrey's Executor v. United States* should be overruled." *Trump v. Slaughter*, No. 25A264, 2025 WL 2692050, at *1 (Sep. 22, 2025) (citation omitted). Thus, in the interest of prudence and in consideration of judicial resources, the parties request the stay to remain.

Respectfully submitted,

| | |
|---|---|
| /s/*Phillip Melton* | /s/ *Wade W. Herring, II* |
| Phillip H. Melton | Wade W. Herring, II |
| *Attorney* | Georgia Bar No. 349343 |
| Texas Bar No. 24105346 | Hunter, Maclean, Exley & Dunn, P.C. |
| (202) 273-3834 | 200 E. Saint Julian Street |
| phillip.melton@nlrb.gov | Post Office Box 9848 |
| National Labor Relations Board | Savannah, GA 31412 |
| *Contempt, Compliance, & Special Litigation Branch* | Tel: (912) 236-0261 |
| 1015 Half Street, S.E. - 4th Floor | Fax: (912) 236-4936 |
| Washington, DC 20570 | wherring@huntermaclean.com |
| | |
| *Counsel for the NLRB* | *Counsel for Foxy Loxy* |

Dated this 17th day of December, 2025.

---

[1] Wilcox has not yet sought further review, but the time periods to file a petition for rehearing *en banc* or a petition for writ of certiorari have not yet expired. S*ee* Fed. R. App. P. 40(d)(1); S. Ct. R. 13.

## CERTIFICATE OF SERVICE

This is to certify that I have this day caused to be electronically filed the foregoing document via the CM/ECF e-filing system which will automatically serve all counsel who have made an appearance.

Respectfully submitted,

/s/*Phillip Melton*
Phillip H. Melton
*Attorney*
Texas Bar No. 24105346
(202) 273-3834
phillip.melton@nlrb.gov

National Labor Relations Board
*Contempt, Compliance, and Special Litigation Branch*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20570

Dated this 17th day of December, 2025.